# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE STUHR, | Case No. 1:13-cv-00715-LJO-SAB |
| Plaintiff, | |
| v. | ORDER REQUIRING PARTIES TO FILE JOINT STATUS REPORT |
| HARRY HALLAIAN, et al., | DEADLINE: November 4, 2013 |
| Defendants. | |

Plaintiff Joyce Stuhr filed the complaint in this action on May 15, 2013. (ECF No. 1.) On September 12, 2013, a waiver of service was returned showing that Defendants were served on July 2, 2013. (ECF No. 12.) Defendants had sixty days from the date of the waiver to file a responsive pleading and have not done so.

An initial scheduling conference is set for November 5, 2013 at 2:00 p.m. before the undersigned. Pursuant to the order setting mandatory scheduling conference, the parties were ordered to file a joint scheduling report one week prior to the mandatory scheduling conference. (ECF No. 8 at 2:11-13.) As of this date, no joint scheduling report has been filed.

///

///

///

1

Plaintiff has not moved for entry of default nor have the parties filed a joint status report. Accordingly, IT IS HEREBY ORDERED that the parties shall file a joint status report by **noon on November 4, 2013.** Failure to comply with this order may result in this action being dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated:  **November 1, 2013**

UNITED STATES MAGISTRATE JUDGE