# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE STUHR, | Case No. 1:13-cv-00715-LJO-SAB |
| Plaintiff, | |
| v. | ORDER DIRECTING COUNSEL TO EXPLAIN DISCREPANCY WITHIN TEN DAYS |
| HARRY HALLAIAN, et al., | (ECF Nos. 17, 20) |
| Defendants. | |

Plaintiff Joyce Stuhr filed the complaint in this action on May 15, 2013 alleging violations of the Americans with Disabilities Act, the California Disabled Person's Act, and the California Unruh Act. (ECF No. 1.) On June 4, 2013, Plaintiff filed an amended complaint changing the name of the defendants in this action to Hallaian Brothers No. 1. (ECF No. 9.) On November 5, 2013, the clerk entered default against Defendant Hallaian Brothers No. 1. (ECF No. 16.) Plaintiff filed a motion for default judgment on November 12, 2013. (ECF No. 17.)

In support of the motion for default judgment, counsel Layne Eric Hayden submitted a declaration asserting that Plaintiff's claim is for the sum of $36,675, and requested that default judgment be entered for this sum certain amount. (Affidavit in Support of Motion for Default Judgment, ECF No. 17-1.) Upon review of the pleadings, the Court found that this action did not appear to be the type in which such damages could be a sum certain and counsel was ordered to file a legally sufficient memorandum of points and authorities to support the request for default

1

1  judgment. (ECF No. 19.)

2    On November 26, 2013, counsel filed an amended affidavit in support of the motion for
3  default judgment setting forth statutory damages of $4,000.00; costs of $350.00; and attorney fees
4  of $8,325.00. Plaintiff's damages therefore total $12,675.00.

5    Accordingly, IT IS HEREBY ORDERED that, within ten (10) days from the date of
6  service of this order, counsel Layne Eric Hayden shall file a response explaining the discrepancy
7  between the affidavit seeking default judgment in the amount of $36,675.00, and the amended
8  affidavit seeking default judgment in the amount of $12,675.00. See Fed. R. Civ. P. 11.

9
10 IT IS SO ORDERED.

11  Dated: **November 27, 2013**
           UNITED STATES MAGISTRATE JUDGE

2