UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE STUHR, | CASE NO. CV F 13-0715 LJO SAB |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE ACTION**<br>(Doc. 23.) |
| vs. | |
| HALLAIAN BROTHERS NO. 1, | |
| Defendant. | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES with prejudice this entire action and all claims;
2. VACATES all pending matters and dates; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   **December 18, 2013**              **/s/ Lawrence J. O'Neill**
                                                        UNITED STATES DISTRICT JUDGE

1